————o————

PALMER & SCOVILLE, Respondents, vs. JAMES S. FARRAR, et al., Appellants.

1. Haskell vs. Farrar, ante p. 497, affirmed.

*Appeal from St. Louis Circuit Court.*

*Samuel Simmons and H. A. Clover*, for Appellants.

*John N. Straat*, for Respondents.

WAGNER, Judge, delivered the opinion of the court.

This case was submitted in connection with the case of Haskell & Co. vs. Farrar, et al., and the proposition of law involved is identically the same.

For the reasons given in that case, the judgment must be affirmed; the other judges concur.